

FILED
NOV 16 2022
THURSTON COUNTY
DISTRICT COURT

COPY

DISTRICT COURT
THURSTON COUNTY, WASHINGTON

SYDNEY FINLAY, )
   A married woman, )
   and her husband, )
JESUS ROMAN HERNDEZ MONGE, )
   And the marital community thereof, )
)
   Plaintiffs, )
)
vs. )
)
NATIONAL CREDIT SYSTEMS INC., )
   A Georgia corporation, )
)
   Defendant. )
_____ )

**Case No 137127**

COMPLAINT FOR DAMAGES

1. Plaintiff Sydney Finlay is a married woman, married to Jesus Roman Hernandez Monge. All damages complained of include damages suffered by the marital community and by the individual spouses.

2. National Credit Systems, Inc., defendant, is a corporation formed under the laws of the state of Georgia. National Credit Systems, Inc. is registered to do business in the state of Washington.

3. Plaintiffs rented an apartment from a client of National Credit Systems, Inc. The specific communications between National Credit and the client apartment owner is unknown to Plaintiffs. However, after moving out, Plaintiffs found that National Credit Systems, Inc. had reported to a credit reporting bureau that Plaintiffs had not paid their bill to Breckinridge Apartments and that shows to date on both plaintiffs' credit reports.

4. Plaintiffs notified National Credit Systems, Inc. way back in 2017 by email and by letter that this debt is disputed, as follows: "We do dispute this debt; my clients do not owe it. The apartment complex is using an unlawful system for billing tenants upon move-out. I carefully and clearly explained the problems to them, but they obviously ignored it. Therefore, this debt is invalid, no good, null and void, and illegal. Please tell the apartment owner that we will be pursuing a lawsuit for defamation of credit."

5. Recently, Plaintiffs attempted numerous times to rent an apartment and were denied on the grounds of the negative credit report by National Credit Systems, Inc.

6. The actions of the Defendant have caused the Plaintiffs to suffer damages in an amount to be proved at trial, including but not limited to loss of application and credit report fees, inability to rent an apartment, mortgage credit terms based on poor credit, and more.

7. The actions of the Defendant violate both the Washington Consumer Protection Act and 15 U.S. Code s. 1592. The actions of defendant also amount to defamation of credit, in that defendant was on actual notice that the claimed debt was invalid and did not undertake any of its statutory or common-law obligations, but instead completely ignored Plaintiffs' repeated notices of dispute.

8. Under both the state and federal laws, Plaintiffs are entitled to be their reasonable attorneys fees in addition to other damages.

9. Defendants actions were an unlawful or deceptive act or practice occurring in trade or commerce, causing injury to plaintiffs' property or business, and defendants' actions have in fact caused damages to plaintiffs business or property.

10. Plaintiffs also request an order requiring Defendant to delete the erroneous and defamatory credit report entry.

WHEREFORE, Plaintiffs pray for the following relief:

1. All special damages;
2. All general damages;
3. Reasonable attorney's fees;
4. An order requiring the complained of credit report entry to be deleted;
5. Such other and further relief as the Court finds just and equitable.

Dated November 15, 2022.

_____
Bruce Finlay, WSBA #18799
Attorney for Plaintiffs
PO Box 3
Shelton, WA 98584
360-432-1778
BruceFinlay.bf@gmail.com